(No. 1478—

ILLINOIS CENTRAL RAILROAD COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

GRAHAM & GRAHAM, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim filed to recover from the State of Illinois the sum of $255.95 for repairs to a spur track in connecting the Illinois Normal University.

It appears that the work was done and no objections made by those in charge representing the State of Illinois.

It is recommended by the Attorney General that the claim be allowed.

It is therefore considered by the court that claimant be awarded the sum of $255.95.